UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:22-cr-00105-FDW-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| MARLIN HERSHEY AND DANA BRADLEY, | ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER is before the Court sua sponte as to deadlines for filing pretrial motions in this matter, which currently has a preemptory jury trial setting of February 6, 2023. All motions pursuant to Federal Rule of Criminal Procedure 12(b)(3) shall be filed no later than December 29, 2022. All motions in limine shall be filed by January 30, 2023, with responses thereto due on February 2, 2023.

IT IS SO ORDERED.

Signed: November 22, 2022

Frank D. Whitney
United States District Judge

1