UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CR-00105-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| MARLIN HERSHEY ) | |
| DANA BRADLEY, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on the United States's Motion to Dismiss the Bill of Indictment (Doc. No. 50) in this matter. For the reasons set forth in the United States's Motion, the Motion is **GRANTED**. The Court grants the United States leave to dismiss the Bill of Indictment in this case as to Defendants Marlin Hershey and Dana Bradley without prejudice.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Dismiss the Bill of Indictment, (Doc. No. 50), is **GRANTED**. The Court directs the Clerk of Court to certify and deliver copies of this Order to the parties, counsel of record, the United States Probation Office, and the United States Marshal Service.

**IT IS SO ORDERED.**

Signed: February 26, 2024

Frank D. Whitney
United States District Judge